**No. 09-7259. Deborah Redman, Petitioner v. Potomac Place Associates, LLC.**

559 U.S. 1088, 130 S. Ct. 2142, 176 L. Ed. 2d 759, 2010 U.S. LEXIS 3182.

April 19, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1121, 130 S. Ct. 1071, 175 L. Ed. 2d 900, 2010 U.S. LEXIS 237.